# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

133917

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MARVIN DELAINE ROBINSON,

     Defendant-Appellant,

and

AISHIA MONIQUE NOBLE,
     Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133917
COA: 273214
Oakland CC: 2006-008454-AR
43rd DC: 06HP0065-FY

_____/

     On order of the Court, the application for leave to appeal the April 3, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

Clerk

p0830